UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CYNTHIA IRENE GLASKOX** | **MISC. ACTION** |
| **VERSUS** | |
| | **NO. 16-75-JWD-RLB** |
| **GEORGE COUNTY HOSPITAL, ET AL.** | |

## ORDER

Before the Court is a Motion to Quash Subpoena Duces Tecum (R. Doc. 1) filed by Louisiana Patient's Compensation Fund Oversight Board ("Oversight Board") on October 12, 2016.

On September 13, 2016, Oversight Board was served a subpoena *duces tecum* by defendant Dr. Mark G. Stavros in the civil action *Cynthia Irene Glaskox v. George County Hospital and Mark G. Stavros, M.D.*, No. 1:16-cv-9-HSO-JCG, pending in the U.S. District for the Southern District of Mississippi. (R. Doc. 1-1). The subpoena directs the production of documents requested to be sent to the law office of Deutsch Kerringan LLP in New Orleans, Louisiana, and was issued by John A. Banahan, counsel for Dr. Stavros. (R. Doc. 1-1 at 1).

A motion to quash or modify a subpoena must be decided by "the court for the district where compliance is required." Fed. R. Civ. P. 45(d)(3). The subpoena at issue seeks compliance in the law office of Deutsch Kerringan LLP in New Orleans, Louisiana. Accordingly, to seek the relief sought through the instant motion, Oversight Board should refile the motion in the U.S. District Court for the Eastern District of Louisiana.

Furthermore, the Certificate of Service attached to the instant motion indicates that a copy of the Motion to Quash was filed electronically and that "Counsel for the issuing party will be served by email." (R. Doc. 1 at 3). The Court's records indicate that opposing counsel did not

receive service through CM/ECF.  Accordingly, it is unclear if or when notice of the instant motion was provided to Dr. Stavros or his counsel.

Based on the foregoing,

**IT IS ORDERED** that the Motion to Compel (R. Doc. 1) is **DENIED**.  The Clerk's Office is directed to close this miscellaneous action.

Signed in Baton Rouge, Louisiana, on October 25, 2016.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**